1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

GIL AVANZADO III,

Plaintiff,

v.

PERSOLVE, LLC,

Defendant.

Case No. 2:15-cv-00722-MMD-CWH

DISMISSAL BY COURT
FOR WANT OF PROSECUTION

This action has been pending in this Court for more than nine (9) months without any proceeding having been taken therein during such period. On September 15, 2016, the Court issued an order informing the Plaintiff that this action will be dismissed without prejudice for want of prosecution pursuant to provisions of LR 4-1, if no action is taken in this case by October 15, 2016. (ECF No. 26.)  Plaintiff has failed to comply with that order.

It is therefore ordered, adjudged, and decreed that the above entitled action be, and it hereby is, dismissed without prejudice for want of prosecution pursuant to provisions of LR 41-1. The Clerk is directed to close this case.

DATED THIS 9th day of November 2016.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE